[No. 1004–1–I.   Division One.   March 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. SANTOS
RIVAS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 4551, Harry A. Follman, J., entered February
6, 1981. *Affirmed* by unpublished opinion per Callow, J.,
concurred in by Swanson and Ringold, JJ.

[No. 9697–4–I.   Division One.   March 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD
ATCHISON YOUNG, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–00817–2, Frank J. Eberharter, J., entered
December 15, 1980. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by James and Williams, JJ.

[No. 5120–II.   Division Two.   March 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
D. HAWKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. CR 80–5873, D. J. Cunningham, J., entered
October 6, 1980. *Affirmed as modified* by unpublished
opinion per Worswick, J., concurred in by Petrich, A.C.J.,
and Petrie, J.